IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MARK POTTER**,                                    Civil Case No.  09-814-PK

        Plaintiff,

                                                            O R D E R

       v.

**THOMAS CROSSWHITE**,

        Defendant.

_____

       Mark W. Potter
       Attorney at Law
       9200 SE Sunnybrook Blvd., Suite 430
       Clackamas, Oregon  97015

              Pro Se Plaintiff

       Mark E. Griffin
       Griffin & McCandlish
       215 SW Washington Street, Suite 202
       Portland, Oregon  97204

              Attorney for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on July 29, 2010.  Plaintiff filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a <u>de novo</u> determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>McDonnell Douglas Corp. v. Commodore Business Machines, Inc.</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  This court has, therefore, given <u>de novo</u> review of the rulings of Magistrate Judge Papak.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Papak (#29) dated July 29, 2010 in its entirety.

IT IS HEREBY ORDERED that Crosswhite's Motion to Dismiss (#20) is granted.  This action is dismissed.

DATED this   20th   day of September, 2010.

                                 /s/ Garr M. King
                                   GARR M. KING
                                 United States District Judge