IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**MARK POTTER**,                                        Civil No. 09-814-PK

       Plaintiff,

                                                O R D E R

      v.

**THOMAS CROSSWHITE**,

       Defendant.
_____

       Mark William Potter
       9200 SE Sunnybrook Blvd, Suite 430
       Clackamas, Oregon  97015

       Martin William Jaqua
       The Rickles Law Firm, PC
       One SW Columbia Street, Suite 1850
       Portland, Oregon  97258-2040

              Attorneys for Plaintiff

Page 1 - ORDER

Mark E. Griffin
Griffin & McCandlish
1631 NE Broadway #721
Portland, Oregon  97232

      Attorney for Defendant

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on May 5, 2011.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Papak's Findings and Recommendation dated May 5, 2011 in its entirety.

IT IS HEREBY ORDERED that Potter's Motion for Attorney Fees and Costs [71] is granted.  Potter is awarded $7,197.72 in attorney fees and costs.

DATED this   31st   day of May, 2011.

                    /s/ Garr M. King
                    GARR M. KING
                    United States District Judge